ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAIWAND HESARI,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.

Defendants.

CASE NO. 2:26-CV-02664-WBS-CKD

STIPULATION AND ORDER FOR EXTENSION OF TIME

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to his filing of a Form I-485, Application for Adjustment of Status, and I-730 Petitions for an Accompanying Family Member of an Asylee for the benefit of his spouse and three children, under the Immigration and Nationality Act. Plaintiff served the current complaint on August 6, 2026, making the deadline for Defendants to respond October 5, 2026.

Since the filing of this Complaint, Defendant USCIS has scheduled and conducted an interview on Plaintiff's I-485 application and issued Requests for Evidence ("RFE") relating to the I-730 petitions; this evidence is due on December 13, 2026. Given this status and in the interest of allowing the adjudicatory process to continue, the parties wish to extend the current deadline for a period of approximately ninety (90) days to and including January 5, 2027. The parties further ask the Court to similarly extend any other deadlines and proceedings for a similar period of time.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is January 5, 2027. All other pending deadlines and proceedings are similarly extended.

DATED: October 5, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Sasha F. Ganji (as authorized on October 5, 2026)*
SASHA F. GANJI
Counsel for Plaintiff

ORDER

Based on the stipulation by the parties, it is hereby ORDERED that:

1. Defendants shall have through and including January 5, 2027, to file an answer or other responsive pleading to Plaintiff's Complaint; and
2. The Initial Scheduling Conference is continued to March 8, 2027.

It is so ORDERED.

Dated: October 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE